FILED

2014 Jul-28  PM 06:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH W. HUTCHINS,** *for the use and benefit of the United States of America*, | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 10-CV-1525-AKK** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAFETY-KLEEN SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Safety-Kleen Systems, Inc. ("Safety-Kleen" or "Defendant"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Court for the entry of Summary Judgment in its favor as to all claims asserted against it in this action.  This basis for this motion is that there are no genuine issues of disputed material fact, and Safety-Kleen is entitled to judgment as a matter of law.  This motion is based upon the pleadings, the evidentiary materials submitted herewith, and Defendant's contemporaneously filed Brief in Support of Defendant's Motion for Summary Judgment.

Respectfully submitted this 28th day of July, 2014

*s/Christopher F. Heinss*
One of the Attorneys for Defendant
Safety-Kleen Systems, Inc.

**OF COUNSEL:**
Christopher F. Heinss
Richard E. Glaze, Jr.
Ginny B. Willcox
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201
(205) 251-8100
Fax (205) 488-5642

## CERTIFICATE OF SERVICE

I certify that on July 28, 2014, I electronically filed a copy of the foregoing

with the Clerk of Court using the CM/ECF system, which will send notification of

such filings to the following:

William M. Acker, III
Thomas B. Talty
215 Richard Arrington Boulevard North
Suite 401
Birmingham, Alabama 35203
(205) 402-4271 (Mr. Acker)
(205) 402-4274 (Mr. Talty)

                                                     *s/Christopher F. Heinss*
                                                     OF COUNSEL